UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY PACHOTE, et al., <br> Plaintiffs, <br> v. <br> COUNTY OF CONTRA COSTA, et al., <br> Defendants. | Case No. 21-cv-04097-SK <br><br> **ORDER REGARDING DISCOVERY DISPUTE** <br><br> Regarding Docket No. 47 |

Now before the Court is the joint discovery letter brief filed on March 6, 2023. Defendants seek sanctions because Plaintiff KRJ, a minor represented in this action by a Guardian Ad Litem, refused to answer certain questions at his deposition. (Dkt. Nos. 47-1, 47-2.) Plaintiffs argue that KRJ is autistic and thus that his refusal to answer questions was not volitional. No matter what the reason is for KRJ's refusal to answer, the effect is prejudicial to Defendants if they cannot adequately gather information about him for cross-examination and evaluation of their case. The Court ORDERS that KRJ not be allowed to testify at trial, given his responses.

Defendants also move to inspect the residence where the incident in question took place. Plaintiffs argue that the issue is not ripe for resolution because their response is due at the end of March 2023. At this time, the Court DENIES Defendants' motion without prejudice to allow the parties an opportunity to meet and confer further. Defendants may re-file this motion on April 3. 2023, if Plaintiffs continue to dispute this issue.

**IT IS SO ORDERED**.

Dated: March 7, 2023

SALLIE KIM
United States Magistrate Judge