UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY PACHOTE, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>     Defendants. | Case No. 21-cv-04097-SK<br><br>**ORDER GRANTING MOTION FOR GUARDIAN** *AD LITEM*<br><br>Regarding Docket No. 61 |

Plaintiff moves to appoint K.R.J.'s biological father, Edward Johnson, to be his guardian *ad litem*. Defendants filed a statement of non-opposition. The Court HEREBY GRANTS Johnson's motion to be K.R.J's guardian *ad litem*.

Plaintiffs are admonished that they are required to email their proposed orders in Microsoft Word format to skpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: June 8, 2023

SALLIE KIM
United States Magistrate Judge