UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY PACHOTE, et al.,

Plaintiffs,

v.

COUNTY OF CONTRA COSTA, et al.,

Defendants.

Case No.  21-cv-04097-SK

**ORDER DISMISSING CASE WITH PREJUDICE**

Regarding Docket No. 200

Before the Court is the parties' stipulation of dismissal.  (Dkt. No. 200.)  The Court acknowledges that the parties have (1) reached a settlement agreement to resolve all claims in this matter, and (2) fully executed a settlement agreement and Plaintiff's Counsel has received the settlement funds from the Defendants.  (*Id.*)  Accordingly, pursuant to the parties' stipulation, the Court DISMISSES this action WITH PREJUDICE.  Each party shall bear its own fees and costs. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: March 3, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California